IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LIBERTARIAN PARTY OF ALABAMA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:19-cv-69-ECM-JTA |
| v. | ) |
| | ) |
| Hon. JOHN H. MERRILL, Secretary of State for the State of Alabama, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This matter is before the court on Defendant's Objections to Expert Reports. (Doc. No. 18.) Upon consideration of the motion and for good cause, it is hereby

ORDERED that on or before February 7, 2020 Plaintiff shall file a written response to show cause why the objections should not be sustained and the evidence excluded from trial under Fed. R. Civ. P. 37(c)(1). Defendant shall file a reply on February 14, 2020.

DONE this 31st day of January, 2020.

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE