IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LIBERTARIAN PARTY OF ALABAMA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:19CV69-ECM |
| JOHN MERRILL, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

Upon consideration of the Motion to Extend Discovery and Hold Case in Abeyance (doc. 23), filed on March 23, 2020, it is ORDERED that, on or before **April 3, 2020**, the Defendant shall show cause why the motion should not be granted.

DONE this 24th day of March, 2020.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE