IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LIBERTARIAN PARTY OF ALABAMA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO.  2:19CV69-ECM |
| JOHN MERRILL, | ) ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the Motion for Leave to File Supplemental Response to Motions to Exclude Testimony (doc. 40), and the Defendant's opposition to that motion, for good cause shown, it is hereby ORDERED as follows:

1. The motion (doc. 40) is GRANTED.

2. The Defendant is given until **June 16, 2020** to file a response to the supplemental brief contained within the Plaintiff's motion (doc. 40).

DONE this 9th day of June, 2020.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE