IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LIBERTARIAN PARTY OF ALABAMA )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>JOHN HAROLD MERRILL, )<br>Secretary of State for the State of Alabama, )<br> )<br>Defendant. ) | CIV. ACT. NO. 2:19-cv-69-ECM<br>[WO] |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered in this case it is the

ORDER, JUDGMENT, and DECREE of the Court that final judgment is entered against the Libertarian Party of Alabama and in favor of John Harold Merrill, Secretary of State for the State of Alabama.

The Clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 5th day of August, 2020.

 /s/ Emily C. Marks
 EMILY C. MARKS
 UNITED STATES DISTRICT JUDGE