IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LIBERTARIAN PARTY OF ALABAMA | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 2:19-cv-00069-ECM-JTA |
| JOHN HAROLD MERRILL, | : | |
| Secretary of State for the State of Alabama, | : | |
| Defendant. | : | |

### Plaintiff's Motion to Stay Bill of Costs Litigation Pending Appeal

On August 5, 2020, this Court granted defendant's motion for summary judgment in a Memorandum Opinion and Order and a corresponding Judgment [ECF## 53 & 54].

On September 2, 2020, Plaintiff filed a Notice of Appeal [ECF# 55].

On September 4, 2020, defendant filed a Bill of Costs, seeking $2,623.68 in costs from the Plaintiff [ECF# 57].

Plaintiff respectfully requests that all litigation with respect to the Bill of Costs be stayed pending the resolution of the appeal in this case. The parties would reserve all arguments to be made with respect to the Bill of Costs [ECF# 57].

The undersigned has consulted with counsel for the defendant to ascertain the defendant's position on this motion and is authorized to represent to the Court that the defendant has no objection to the request.

Accordingly, Plaintiff respectfully requests an Order staying all litigation with respect to the Bill of Costs [ECF# 57] until the appeal in this case is resolved

by action in the United States Court of Appeals for the Eleventh Circuit and, if a party seeks relief there, in the United States Supreme Court.

Respectfully Submitted.

/s/ David I. Schoen (ASB-0860-O42D)<br>Counsel for Plaintiff

### Certificate of Service

I hereby certify that on this 4th day of September, 2020, I have caused a true and correct copy of the foregoing Motion to be served on all counsel of record by filing the same through the Court's ECF system.

/s/ David I. Schoen (ASB-0860-O42D)<br>Counsel for Plaintiff

David I. Schoen
Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Telephone:  334-395-6611
Facsimile: 917-591-7586
E-Mail: DSchoen593@aol.com
　　　　Schoenlawfirm@gmail.com